# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COLLEEN CAMPBELL,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| v. | : | NO. 16-4035 |
| | : | |
| **MARS, INC.,** | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW,** this  22nd  day of November, 2016, upon consideration of the defendant's motion to dismiss the plaintiff's complaint for lack of personal jurisdiction, lack of subject matter jurisdiction, and for failure to state a claim, and for the reasons outlined in the accompanying Memorandum, IT IS HEREBY ORDERED that:

1. The defendant's motion for leave to file a reply (Document # 19) is GRANTED;

2. The defendant's motion to dismiss (Document # 9) is GRANTED; and

3. The Clerk of Court shall TRANSFER this case to the Southern District of New York.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.