USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __March 27, 2017__

**ZAJAC & ARIAS, LLC**

**BY: Eric G. Zajac, Esquire**
**Eric@TeamLawyers.com**
**1835 Market Street, 26th Floor**
**Philadelphia, PA 19103**
**(215) 575.7615; (215) 575.7640 (Fax)**

ATTO...

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| COLLEEN CAMPBELL | : | |
| 209 Liberty Bell Circle | : | |
| Downingtown, PA 19335 | : | |
| v. | : | NO. 1:17-cv-00033-KBF |
| | : | |
| MARS, INC. | : | |
| 1600 Broadway | : | |
| New York, NY 10019 | : | |

_____

### NOTICE OF DISMISSAL WITH PREJUDICE

In accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice of voluntary dismissal with prejudice against all Defendants in this case, each side to bear its own costs and fees.

Respectfully Submitted,

**ZAJAC & ARIAS LLC**

_____
Eric G. Zajac, Esq.
Attorney for Plaintiff

DATED: March 24, 2017

SO ORDERED.
March 27, 2017

_____
KATHERINE B. FORREST
United States District Judge